# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| **DAVID A. VAZQUEZ, JOSE R. ARMAS, and SAMUEL MORENO,**<br><br>    **Plaintiffs,**<br><br>  **vs.**<br><br>**CARGILL, INCORPORATED AND ASSOCIATED COMPANIES SALARIED EMPLOYEES' PENSION PLAN; CARGILL, INCORPORATED AND ASSOCIATED COMPANIES PENSION PLAN FOR PRODUCTION EMPLOYEES**<br><br>   **Defendants.** | **Case No.: SACV 06-00008-CJC(RNBx)**<br><br><br>**JUDGEMENT** |

   This action came regularly before trial on June 19, 2007, through June 22, 2007, in Department 9B of the above entitled Court, before the Honorable Cormac J. Carney. Plaintiffs DAVID A. VASQUEZ, JOSE R. ARMAS and SAMUEL MORENO, appearing by Michelle A. Reinglass, Esq. of the Law Offices of Michelle A. Reinglass; Defendants CARGILL, INCORPORATED AND ASSOCIATED COMPANIES SALARIED EMPLOYEES PENSION PLAN and CARGILL, INCORPORATED AND ASSOCIATED COMPANIES PENSION PLAN FOR PRODUCTION EMPLOYEES appearing by Gordon A. Letter and Nancy L. Ober of Littler Mendelson.

1  NOW, THEREFORE, IT IS ORDERED AND ADJUDGED AND DECREED that

2  judgment is entered in favor of Plaintiffs DAVID A. VASQUEZ, JOSE R. ARMAS and

3  SAMUEL MORENO, and against CARGILL, INCORPORATED AND ASSOCIATED

4  COMPANIES SALARIED EMPLOYEES PENSION PLAN and CARGILL,

5  INCORPORATED AND ASSOCIATED COMPANIES PENSION PLAN FOR

6  PRODUCTION EMPLOYEES, jointly and severally, as follows:

7      1.    Plaintiffs DAVID A. VASQUEZ, JOSE R. ARMAS and SAMUEL

8          MORENO are each awarded judgment for additional monthly pension

9          benefits, as follows:

10          a.  Plaintiff DAVID A. VASQUEZ's benefit payments are increased

11              by an amount of $811.86 per month, beginning May 1, 2003;

12          b.  Plaintiff JOSE R. ARMAS' benefit payments are increased by an

13              amount of $1,299.79 per month, beginning August 1, 2004; and

14          c.  Plaintiffs SAMUEL MORENO's benefit payments are increased

15              by an amount of $878.03 per month, beginning October 1, 2005.

16      2.    Defendants shall pay Plaintiffs DAVID A. VASQUEZ, JOSE R.

17          ARMAS and SAMUEL MORENO the past unpaid portion of the

18          benefits awarded pursuant to paragraph 1 in a lump sum, as follows:

19          a.  The sum of $44,652.30 to Plaintiff DAVID A. VASQUEZ, which

20              constitutes past unpaid benefits from May 1, 2003 through

21              November 30, 2007 (55 months), at the rate of $811.86 per month;

22          b.  The sum of $51,991.60 to Plaintiff JOSE R. ARMAS, which

23              constitutes paid unpaid benefits from August 1, 2004 through

24              November 30, 2007 (40 months), at the rate of $1,299.79 per

25              month; and

26          c.  The sum of $22,828.78 to Plaintiff SAMUEL MORENO, which

27              constitutes paid unpaid benefits from October 1, 2005 through

28              November 30, 2007 (26 months), at the rate of $878.03 per month.

3.   Defendants shall increase the amount of each Plaintiff's monthly benefit in accordance with paragraph 1 commencing December 1, 2007.

4.   Plaintiffs DAVID A. VASQUEZ, JOSE R. ARMAS and SAMUEL MORENO are each awarded their costs of suit, as determined by a separately filed "Bill of Costs," to be filed no later than 30 days after Judgment is entered.

5.   Plaintiffs DAVID A. VASQUEZ, JOSE R. ARMAS and SAMUEL MORENO are each awarded pre-judgment interest using interest rates based on the weekly average 1-year constant maturity Treasury yield in accordance with the Federal Reserve Board H.15 Selected Interest Rates table, compounded, for past unpaid benefits described in paragraph 1 above, not paid to date, up to and including the date Judgment is entered.

6.   Plaintiffs DAVID A. VASQUEZ, JOSE R. ARMAS and SAMUEL MORENO are each awarded post-judgment interest pursuant to 28 U.S.C. § 1961.

7.   Plaintiffs DAVID A. VASQUEZ, JOSE R. ARMAS and SAMUEL MORENO shall separately filed a "Motion for Attorneys' Fees," to be filed no later than 30 days after Judgment is entered.

IT IS SO ORDERED.

DATED:     January 8, 2008

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE